UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:15-cv-74-EBA

WENDELL DAWAYNE STURGILL,                                                                      PLAINTIFF,

v.                                               **JUDGMENT**

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,                                                        DEFENDANT.

\*\*\* \*\*\* \*\*\*

In compliance with Federal Rule of Civil Procedure 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) the administrative decision is **AFFIRMED**; and

(2) the above-styled action is **STRICKEN** from this Court's active docket.

Signed May 23, 2016.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge